UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Corey Schlangen | CASE NO. 10-41114 |
| Debtor. | ORDER |

This case is before the court on the motion of Mortgage Electronic Registration Systems, Inc., through its servicing agent Bank of the West, seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion and the file,

   IT IS ORDERED:

   1.   The movant, its assignees and successors in interest, are granted relief from the automatic stay imposed by 11 U.S.C. § 362 with regard to the mortgage deed dated January 02, 2008, executed by Corey Schlangen, a single person, recorded on January 03, 2008, as Document No. 1247398, covering real estate located in Stearns County, Minnesota, legally described as:

   The West Seventy-five (75) Feet of Lots Numbered Eight (8) and Ten (10) in Block Numbered Seventy-one (71), in the Townsite (now Village) of Paynesville, according to the plat and survey thereof on file and of record in the office of the Register of Deeds in and for Stearns County, Minnesota, said Lots being a part of the E 1/2 NE 1/4 of Sec. 17, Twp. 122, Rge. 32.

and may pursue its remedies under state law in connection with mortgage deed.

   2.   Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: April 29, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/29/2010*
Lori Vosejpka, Clerk, by LMH